IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_Charlottesville_ DIVISION

_Ciara M. Crowe-Jackson_ )
_____, )
                                )
Plaintiff(s),                   )
                                )
v.                              )  Civil Action No.: _3:23-cv-01_
                                )  (To be assigned by Clerk of District Court)
_Virginia Employment Commission_ )
_____, )
                                )
Defendant(s).                   )
(Enter the full name(s) of ALL parties in this lawsuit.  )
Please attach additional sheets if necessary).          )

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 03 2023

LAURA A. AUSTIN, CLERK
BY: _____
    DEPUTY CLERK

## COMPLAINT

**PARTIES**

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: _Ciara M. Crowe-Jackson_

      Address: _670 Southview Ct. apt. G Culpeper, Va 22701_

      Telephone Number: _540-395-2316_

   b. Plaintiff No. 2

      Name: _____

      Address: _____

      Telephone Number: _____

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

    a. Defendant No. 1

        Name: *Virginia Employment Commission*

        Address: *6606 W. Broad St. Richmond, Va 23230*

    b. Defendant No. 2

        Name: _____

        Address: _____

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☐ Federal Question     ☐ Diversity of Citizenship     ☑ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

_____

_____

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: _____   State of Citizenship: _____

Plaintiff No. 2: _____   State of Citizenship: _____

Defendant No. 1: _____   State of Citizenship: _____

Defendant No. 2: _____   State of Citizenship: _____

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. Applied for unemployment compensation during COVID. Received payments regularly until March, 2021 when payments abruptly stopped. After reaching out to the VEC help line relentlessly I was told someone changed my address. Advised I never moved or requested an address change. The Commission requested I send documentation to prove my identity and its been in this status ever since. Continued reaching out, even emailing the Commission, Carrie Roth, and expressed my desperation. She responded and advised she would look into it. That was almost a year ago and we still have no amswers

Additional Facts —

I have offered to have a video call and have also offered to come to the Commission in Richmond in person to prove my identity, and still am told I need to wait. Its been almost 2 years and I concerned we cannot get answers and I'm concerned the statue of limitations is running out.

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Request for unemployment Compensation $12,824, which abruptly stopped in March of 2021 for almost 2 years I have relentlessly contacted the commission and have submitted all requested documentation and still no resolution. I have called, messaged, emailed, even emailing Carrie Roth, the commissioner. Mrs. Roth responded to my email stating she would look into my case and a year later we still have no answers or payment of back unemployment even though I continued to file my weekly reports. The commission continues to state my case is in review. I have taken every possibly step to resolve including offering to come to the commission in person in Richmond and still have received no response to resolve.

DEMAND FOR JURY TRIAL: ☐ YES  ☑ NO

Signed this __1__ day of _January, 2023_.

Signature of Plaintiff No. 1 _[signature]_

Signature of Plaintiff No. 2 _____

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**